## WILLIAM H. WATSON, APPELLANT, *v.* ERASTUS W. PARKER, RESPONDENT.

*Statute of frauds — Agreement to answer for the debt of another.*

APPEAL from a judgment, entered on the report of a referee, in favor of defendant. The referee found that it was " agreed between plaintiff and defendant, that whatever grapes the defendant should sell and deliver to said Hood, in pursuance of any agreement between them, should apply on the plaintiff's then account against the defendant, and also upon what he, the defendant, and his men should thereafter trade with the plaintiff on defendant's account, to the extent of the account." The court was of opinion that the evidence did not sustain this finding, and that if so, it was within the statute of frauds, within the principle laid down in *Mallory* v. *Gillett* (21 N. Y., 415).

*D. B. Prosser,* for the appellant.

*Brown & Wood,* for the respondent.

Opinion by GILBERT, J.

Judgment reversed and new trial granted, with costs to abide the event.